FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lin, Li Qin DEFENDANT(S). | CASE NUMBER SACR13-182 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **Friday Nov 15**, **2013**, at **1:30** ☐ a.m. / ☒ p.m. before the Honorable **Robert N Block**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: **11/13/13**

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---